UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEANNA McBREARTY and MARYLYNN HARTSEL, individually, derivatively and on behalf of all others similarly situated,

        Plaintiffs,

-against-

THE VANGUARD GROUP, INC. GEORGE U. SAUTER, DUANE F. KELLY, JOHN J. BRENNAN, CHARLES D. ELLIS, RAJIV L. GUPTA, AMY GUTMANN, JOANN HEFFERNAN HEISEN, ANDRE F. PEROLD, ALFRED M. RANKIN, JR., and J. LAWRENCE WILSON, ACADIAN ASSET MANAGEMENT, LLC, RONALD D. FRASHURE, JOHN R. CHISHOLM, BRIAN K. WOLAHAN, ALLIANCEBERNSTEIN LP, HENRY S. D'AURIA, SHARON E. FAY, KEVIN F. SIMMS, MARATHON ASSET MANAGEMENT, LLP, WILLIAM J. ARAH, JEREMY H. HOSKING, and NEIL M. OSTRER,

        Defendants,

-and-

VANGUARD INTERNATIONAL EQUITY INDEX FUNDS, d/b/a VANGUARD EUROPEAN STOCK INDEX FUND, and VANGUARD HORIZON FUNDS, d/b/a VANGUARD GLOBAL EQUITY FUND,

        Nominal Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/14/08

Case No. 08 CV 7650 (DLC)

**STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL AS TO ALLIANCEBERNSTEIN DEFENDANTS**

Hon. Denise L. Cote

---

Pursuant to Fed. R. Civ. P. 41(a), and by agreement between counsel to Defendants AllianceBernstein L.P., Henry S. D'Auria, Sharon E. Fay and Kevin F. Simms (collectively the "AllianceBernstein Defendants") and counsel to Plaintiffs, the undersigned stipulate that the AllianceBernstein Defendants be dismissed from this action without prejudice based upon due consideration of the following:

1. The Verified Class Action and Derivative Complaint filed in this action asserted various class action and derivative claims against the AllianceBernstein Defendants under common law and 18 U.S.C. §1962. These claims were premised on alleged investments by the AllianceBernstein Defendants in certain "gambling businesses" while AllianceBernstein L.P. was acting as a subadvisor to certain mutual fund portfolios for which The Vanguard Group, Inc. is the registered investment advisor. (*See, e.g.*, Complaint ¶¶ 1-9.)

2. Since the filing of the Complaint, the AllianceBernstein Defendants have provided an affirmation, and other evidence, to Plaintiffs' counsel establishing that the AllianceBernstein Defendants did not invest or have any knowledge of any investments in the subject gambling businesses (which were Party Gaming PLC, Sportingbet PLC, BWin Interactive Entertainment AG, and NETeller PLC) for the Vanguard portfolios.

3. In addition, counsel to Defendant The Vanguard Group, Inc. has represented to Plaintiffs' counsel that, based on a reasonable inquiry, he believes the statements made in the affirmation provided by AllianceBernstein to be true.

4. Under these circumstances, the undersigned parties agree that voluntary dismissal of the AllianceBernstein Defendants from this action is appropriate.

5. With respect to the putative class action claims asserted in this action, the notice and approval provisions of Fed. R. Civ. P. 23(e) do not apply because no class has been certified.

6.  With respect to the derivative claims asserted in this action, Fed. R. Civ. P. 23(e) provides that a derivative action may be voluntarily dismissed subject to the Court's approval.

NOW, THEREFORE, IT IS HEREBY STIPULATED that the AllianceBernstein Defendants be dismissed as defendants from this action without prejudice and without cost to any party.

DATED: October 7, 2008

| | |
|---|---|
| HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP<br><br>By: /s/ Thomas I. Sheridan III<br>Thomas I. Sheridan III<br>112 Madison Avenue<br>New York, NY 10016-7416<br>Tel: (212) 784-6400<br>Fax: (212) 784-6420<br>Email: tsheridan@hanlyconroy.com<br><br>*Attorneys for Plaintiffs* | MILBANK TWEED HADLEY & McCLOY LLP<br><br>By: /s/ Sean M. Murphy<br>Sean M. Murphy<br>One Chase Manhattan Plaza<br>New York, NY 10005-1413<br>Tel: (212) 530-5000<br>Fax: (212) 530-5219<br>Email: smurphy@milbank.com<br><br>*Attorneys for Defendants AllianceBernstein LP, Henry S. D'Auria, Sharon E. Fay, and Kevin F. Simms* |

IT IS SO ORDERED.

Dated: October 14, 2008

_____
Hon. Denise L. Cote
U.S. District Judge

NY2.#4807134v1
10/10/08 10:14 AM

3