UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| Deanna McBrearty and Marylynn Hartsel, individually, derivatively and on behalf of all others similarly situated, | 08 CV 7650 (DLC) |
| | ECF Case |
| Plaintiffs, | |
| -against- | |
| The Vanguard Group, Inc., George U. Sauter, Duane F. Kelly, John J. Brennan, Charles D. Ellis, Rajiv L. Gupta, Amy Gutmann, JoAnn Heffernan Heisen, Andre F. Perold, Alfred M. Rankin, Jr., J. Lawrence Wilson, Acadian Asset Management, LLC, Ronald D. Frashure, John R. Chisholm, Brian K. Wolahan, AllianceBernstein LP, Henry S. D'Auria, Sharon E. Fay, Kevin F. Simms, Marathon Asset Management, LLP, William J. Arah, Jeremy H. Hosking, and Neil M. Ostrer, | |
| Defendants, | |
| -and- | |
| Vanguard International Equity Index Funds, d/b/a Vanguard European Stock Index Fund, and Vanguard Horizon Funds, d/b/a Vanguard Global Equity Fund, | |
| Nominal Defendants. | |

**VANGUARD DEFENDANTS' REQUEST FOR JUDICIAL NOTICE
IN SUPPORT OF THEIR MOTION TO DISMISS**

Defendants The Vanguard Group, Inc., George U. Sauter, and Duane F. Kelly (the

"Vanguard Defendants"), hereby request that the Court take judicial notice, pursuant to Federal

Rule of Evidence 201, of the following documents cited in the Vanguard Defendants' Motion to Dismiss Plaintiffs' Complaint:

- Stipulation and Proposed Order of Voluntary Dismissal as to AllianceBernstein Defendants, dated Oct. 7, 2008 (Exhibit A);

- London Stock Exchange Listing, from http://www.londonstockexchange.com, for Party Gaming PLC (Exhibit B), Sportingbet PLC (Exhibit C), and NETeller PLC (Exhibit D); and

- Vienna Stock Exchange (Wiener Borse) Listing, from http://en.wienerborse.at, for BWin Interactive Entertainment AG (Exhibit E).

These documents are properly subject to judicial notice pursuant to Federal Rule of Evidence 201. The Stipulation dismissing AllianceBernstein (Exhibit A) is a pleading filed with the Court in this action. *See Kavowras v. New York Times Co.*, 328 F.3d 50, 57 (2d Cir. 2003) (noting that "[j]udicial notice may be taken of public filings"). Stock exchange listings (Exhibits B, C, D, & E) are frequently subject to judicial notice on a motion to dismiss. *See Ganino v. Citizens Utilities Co.*, 228 F.3d 154, 167 (2d Cir. 2000) ("[T]he district court may take judicial

/

/

/

/

/

/

/

/

/

/

notice of well-publicized stock prices without converting the motion to dismiss into a motion for summary judgment."); *In re Merrill Lynch & Co. Research Reports Sec. Litig.*, 272 F. Supp. 2d 243, 254 n.9 (S.D.N.Y. 2003) (taking judicial notice of stock prices on a motion to dismiss).

DATED:   Los Angeles, California
         October 27, 2008

QUINN EMANUEL URQUHART OLIVER &
   HEDGES, LLP


By: s/Harry A. Olivar, Jr.
    Harry A. Olivar, Jr.
    harryolivar@quinnemanuel.com

865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:     (213) 443-3000
Facsimile:     (213) 443-3100

Sascha N. Rand
sascharand@quinnemanuel.com
Quinn Emanuel Urquhart Oliver & Hedges,
LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:     (212) 849-7000
Facsimile:     (212) 849-7100

*Attorneys for Defendants The Vanguard Group,
Inc., George U. Sauter, and Duane F. Kelly*

**EXHIBIT A**

( 𝑢⸴ 𝑓⸴ 𝑠⸴

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEANNA McBREARTY and MARYLYNN HARTSEL,
individually, derivatively and on behalf of all others
similarly situated,

                   Plaintiffs,

        -against-

THE VANGUARD GROUP, INC. GEORGE U. SAUTER,
DUANE F. KELLY, JOHN J. BRENNAN, CHARLES D.
ELLIS, RAJIV L. GUPTA, AMY GUTMANN, JOANN
HEFFERNAN HEISEN, ANDRE F. PEROLD, ALFRED
M. RANKIN, JR., and J. LAWRENCE WILSON,
ACADIAN ASSET MANAGEMENT, LLC, RONALD D.
FRASHURE, JOHN R. CHISHOLM, BRIAN K.
WOLAHAN, ALLIANCEBERNSTEIN LP, HENRY S.
D'AURIA, SHARON E. FAY, KEVIN F. SIMMS,
MARATHON ASSET MANAGEMENT, LLP, WILLIAM
J. ARAH, JEREMY H. HOSKING, and NEIL M.
OSTRER,

                  Defendants,

        -and-

VANGUARD INTERNATIONAL EQUITY INDEX
FUNDS, d/b/a VANGUARD EUROPEAN STOCK
INDEX FUND, and VANGUARD HORIZON FUNDS,
d/b/a VANGUARD GLOBAL EQUITY FUND,

                 Nominal Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/14/08

Case No. 08 CV 7650 (DLC)

**STIPULATION AND
[PROPOSED] ORDER OF
VOLUNTARY DISMISSAL AS
TO ALLIANCEBERNSTEIN
DEFENDANTS**

Hon. Denise L. Cote

      Pursuant to Fed. R. Civ. P. 41(a), and by agreement between counsel to

Defendants AllianceBernstein L.P., Henry S. D'Auria, Sharon E. Fay and Kevin F.

Simms (collectively the "AllianceBernstein Defendants") and counsel to Plaintiffs, the

undersigned stipulate that the AllianceBernstein Defendants be dismissed from this action

without prejudice based upon due consideration of the following:

1.      The Verified Class Action and Derivative Complaint filed in this action asserted various class action and derivative claims against the AllianceBernstein Defendants under common law and 18 U.S.C. §1962. These claims were premised on alleged investments by the AllianceBernstein Defendants in certain "gambling businesses" while AllianceBernstein L.P. was acting as a subadvisor to certain mutual fund portfolios for which The Vanguard Group, Inc. is the registered investment advisor. (*See, e.g.*, Complaint ¶¶ 1-9.)

2.      Since the filing of the Complaint, the AllianceBernstein Defendants have provided an affirmation, and other evidence, to Plaintiffs' counsel establishing that the AllianceBernstein Defendants did not invest or have any knowledge of any investments in the subject gambling businesses (which were Party Gaming PLC, Sportingbet PLC, BWin Interactive Entertainment AG, and NETeller PLC) for the Vanguard portfolios.

3.      In addition, counsel to Defendant The Vanguard Group, Inc. has represented to Plaintiffs' counsel that, based on a reasonable inquiry, he believes the statements made in the affirmation provided by AllianceBernstein to be true.

4.      Under these circumstances, the undersigned parties agree that voluntary dismissal of the AllianceBernstein Defendants from this action is appropriate.

5.      With respect to the putative class action claims asserted in this action, the notice and approval provisions of Fed. R. Civ. P. 23(e) do not apply because no class has been certified.

2

6. With respect to the derivative claims asserted in this action, Fed. R.

Civ. P. 23(e) provides that a derivative action may be voluntarily dismissed subject to the

Court's approval.

NOW, THEREFORE, IT IS HEREBY STIPULATED that the

AllianceBernstein Defendants be dismissed as defendants from this action without

prejudice and without cost to any party.

DATED: October 7, 2008

HANLY CONROY BIERSTEIN SHERIDAN
FISHER & HAYES LLP

By: _____
      Thomas I. Sheridan III
112 Madison Avenue
New York, NY 10016-7416
Tel:   (212) 784-6400
Fax:   (212) 784-6420
Email: tsheridan@hanlyconroy.com

*Attorneys for Plaintiffs*

MILBANK TWEED HADLEY & McCLOY
LLP

By: _____
      Sean M. Murphy
One Chase Manhattan Plaza
New York, NY 10005-1413
Tel:   (212) 530-5000
Fax:   (212) 530-5219
Email: smurphy@milbank.com

*Attorneys for Defendants AllianceBernstein LP,*
*Henry S. D'Auria, Sharon E. Fay, and Kevin F.*
*Simms*

IT IS SO ORDERED.

Dated: _____

_____
Hon. Denise L. Cote
U.S. District Judge

NY2.#4807134v1
10/10/08 10:14 AM

3

**EXHIBIT B**



Home | **Investor Centre** | Products & Services | About the Exchange | Investor Relations | EDX London       Product

**London STOCK EXCHANGE**

**Prices**  Market news   Education   Tools   Investment news   Portfolio   Company Profile   Exchange Insight   Compar

Search...

Sponsored By

Prices

Italian S&P/MIB Index

Risers & fallers

Indices

AIM

techMARK

landMARK

Fund Centre

ETCs

ETFs

Covered warrants

Structured products

Dutch trading service

International companies

New issues

Recent issues

Prices help

Stock quote service

# PRTY PARTYGAMING PLC ORD 0.015P

PARTYGAMING | Currency GBX | Primary Listed Share
All data delayed by at least 15 minutes

As at 22-Oct-2008 18:27:21
**127.250 ▼ -5.50 -4.14%**

 Add to Portfolio    Add to Watchlist   Set Alert
Get Real-time Prices   Free Company Profile   Free Annual Report
Buy Company Watch

| | Bid | Offer | Volume | High | Low | Last Close |
|---|---|---|---|---|---|---|
| | 125.00 | 127.25 | 570,556 | 128.00 | 122.50 | 127.25 |

| Results of opening auction | | | Results of closing auction | | |
|---|---|---|---|---|---|
| Price : | 125.75 | Volume : | 600 | Price : | 127.25 | Volume : |
| **Special conditions** | | | **Period name** | | |
| NONE | | | EOA | | |

### Last 5 trades

| Time/Date | Price | Volume | Trade value | Type |
|---|---|---|---|---|
| 16:29:55 22-Oct-2008 | 125.25 | 2,667 | 3,340.42 | Uncrossing |
| 16:29:45 22-Oct-2008 | 125.25 | 1,929 | 2,416.07 | Automatic 1 |
| 16:29:33 22-Oct-2008 | 125.00 | 132 | 165.00 | Automatic 1 |
| 16:29:19 22-Oct-2008 | 125.00 | 1,492 | 1,865.00 | Automatic 1 |
| 16:29:19 22-Oct-2008 | 125.00 | 6,666 | 8,332.50 | Automatic 1 |

Select news source   Regulato

### Latest news stories

| Time/Date | Code | Name | Headline | |
|---|---|---|---|---|
| 09:00 22-Oct-08 | PRTY | PartyGaming Plc | Addition of new games from WagerWorks | ⤢ |
| 14:30 20-Oct-08 | CRP | Cryptologic Ltd | Licenses top branded casino games to PartyGaming | ⤢ |
| 14:21 20-Oct-08 | PRTY | PartyGaming Plc | Addition of New Games from Cryptologic | ⤢ |
| 07:00 10-Oct-08 | PRTY | PartyGaming Plc | Director/PDMR Shareholding | ⤢ |
| 09:25 30-Sep-08 | PRTY | PartyGaming Plc | Total Voting Rights | ⤢ |



## Charting

**Share price performance**

Source : London



Timeframe :   1-year          ☐ 30-day MA     ☐ 90-day MA     ☑ Grid

Compare with

or choose from          Select FTSE TM index ...

and                     Select FTSE TM sector ...

You can customise the chart using the options above. To zoom in on a particular section of the char
drag your mouse across the chart. To zoom out, double click anywhere on the chart.

**Number & value of trades**

View :     Number of trades - monthly        Apply        Source : London



## Company information

**Updated monthly**

| | |
|---|---|
| Company address | 711 Europort, Gibraltar |
| Company website | http://www.partygaming.com |
| Market cap (in millions)* | £546.29 |
| Listing/Admission to trading | 30 June 2005 |
| Trading system | SETS |
| Market | International Main Market |

*The market capitalisation of companies reflects the London listed element only. These figures are approximate and are

Last updated: 21-Oct-2008

**Trading information**
**22-Oct-2008**

| | |
|---|---|
| FTSE Index | FTSE 250; FTSE 350; FTSE ALL-SHARE; FTSE 250 EX INVESTMI FTSE 350 EX INVESTMENT TRUSTS; FTSE 350 HIGH YIELD; FT; EX INVESTMENT TRUSTS; |
| FTSE Sector | Travel & Leisure |
| FTSE Sub-sector | Gambling |
| Country of share register | JE |
| Segment | STMM |
| MiFID status | Regulated Market |
| Exchange market size | 20000 |
| SEDOL | B0B3SV4 |
| ISIN number | GI000A0MV757 |

©2008 London Stock Exchange plc. All rights reserved

FAQs | Glossary | Disclaimer | Privacy policy |

**EXHIBIT C**



Home | **Investor Centre** | Products & Services | About the Exchange | Investor Relations | EDX London     Product

## London STOCK EXCHANGE

**Prices**  Market news  Education  Tools  Investment news  Portfolio  Company Profile  Exchange Insight  Compar

Search...

Prices
Italian S&P/MIB Index
Risers & fallers
Indices
AIM
techMARK
landMARK
Fund Centre
ETCs
ETFs
Covered warrants
Structured products
Dutch trading service
International companies
New issues
Recent issues
Prices help
Stock quote service

Sponsored By

### SBT   SPORTINGBET PLC ORD 0.1P

**SPORTINGBET | Currency GBX**
**All data delayed by at least 15 minutes**

As at 22-Oct-2008 18:38:16
**28.500 ▼ -0.75 -2.56%**



Add to Portfolio    Add to Watchlist    Set Alert
Get Real-time Prices    Free Company Profile    Buy Company Watch

| | Bid | Offer | Volume | High | Low | Last Close |
|---|---|---|---|---|---|---|
| | 28.00 | 28.50 | 452,278 | 29.10 | 28.04 | 28.50 |

Results of opening auction                      Results of closing auction
Price :    28.75    Volume :    13354          Price :    28.50    Volume :
**Special conditions**                           **Period name**
NONE                                             EOA

### Last 5 trades

| Time/Date | Price | Volume | Trade value | Type |
|---|---|---|---|---|
| 16:44:51 22-Oct-2008 | 29.10 | 50,000 | 14,550.00 | Ordinary Tra |
| 16:44:51 22-Oct-2008 | 29.10 | 50,000 | 14,550.00 | Cancelled |
| 16:44:45 22-Oct-2008 | 28.10 | 50,000 | 14,050.00 | Ordinary Tra |
| 16:38:08 22-Oct-2008 | 28.50 | 25,000 | 7,125.00 | Ordinary Tra |
| 16:11:12 22-Oct-2008 | 28.00 | 4,000 | 1,120.00 | Uncrossing |

Select news source    Regulato

### Latest news stories

| Time/Date | Code | Name | Headline | |
|---|---|---|---|---|
| 16:20 20-Oct-08 | SBT | Sportingbet PLC | Holding(s) in Company |  |
| 12:53 15-Oct-08 | SBT | Sportingbet PLC | Purchase of own shares | |
| 07:00 15-Oct-08 | SBT | Sportingbet PLC | Final Results | |
| 15:50 14-Oct-08 | SBT | Sportingbet PLC | Turkey Update | |
| 07:00 10-Oct-08 | SBT | Sportingbet PLC | Holding(s) in Company | |

### Charting
Share price performance

Source : London



Timeframe :   1-year                              ☐ 30-day MA    ☐ 90-day MA    ☑ Grid

Compare with

or choose from                    Select FTSE TM index ...

and                               Select FTSE TM sector ...

You can customise the chart using the options above. To zoom in on a particular section of the char
drag your mouse across the chart. To zoom out, double click anywhere on the chart.

Number & value of trades

View :    Number of trades - monthly        Apply              Source : London



**Company information**
Updated monthly
Company address                4th Floor, 45 Moorfields, London, EC2Y 9AE, United Kingdom
Company website                www.sportingbetplc.com
Market cap (in millions)*      £136.96
Listing/Admission to trading   30 January 2001
Trading system                 SETS
Market                         AIM
*The market capitalisation of companies reflects the London listed element only. These figures are approximate and are
Last updated: 21-Oct-2008

**Trading information**
22-Oct-2008

| | |
|---|---|
| FTSE Index | FTSE AIM ALL-SHARE; FTSE AIM 100; FTSE AIM All-Share Index Leisure; FTSE AIM UK 50; |
| FTSE Sector | Travel & Leisure |
| FTSE Sub-sector | Gambling |
| Country of share register | GB |
| Segment | AMSM |
| MiFID status | MTF |
| Exchange market size | 18000 |
| SEDOL | 0951625 |
| ISIN number | GB0009516252 |

©2008 London Stock Exchange plc. All rights reserved

FAQs | Glossary | Disclaimer | Privacy policy |

**EXHIBIT D**

Home | Investor Centre | Products & Services | About the Exchange | Investor Relations | EDX London        Product



**Prices**   Market news   Education   Tools   Investment news   Portfolio   Company Profile   Exchange Insight   Compar

Prices

Italian S&P/MIB Index

Risers & fallers

Indices

AIM

techMARK

landMARK

Fund Centre

ETCs

ETFs

Covered warrants

Structured products

Dutch trading service

International companies

New issues

Recent issues

Prices help

Stock quote service

Search...

Sponsored By

# NLR  NETELLER PLC ORD 0.01P




NETELLER | Currency GBX
**All data delayed by at least 15 minutes**

As at 22-Oct-2008 18:38:50
**55.000  0.00 0.00**

Add to Portfolio     Add to Watchlist     Set Alert

Get Real-time Prices     Free Company Profile

| | Bid | Offer | Volume | High | Low | Last Close | |
|---|---|---|---|---|---|---|---|
| | 53.50 | 55.00 | 51,518 | 55.00 | 53.75 | | 55.00 |

| Results of opening auction | | | | Results of closing auction | | |
|---|---|---|---|---|---|---|
| Price : | - | Volume : | - | Price : | 55.00 | Volume : |
| **Special conditions** | | | | **Period name** | | |
| NONE | | | | EOA | | |

### Last 5 trades

| Time/Date | Price | Volume | Trade value | Type |
|---|---|---|---|---|
| 16:16:29 22-Oct-2008 | 53.59 | 370 | 198.28 | Uncrossing |
| 16:07:09 22-Oct-2008 | 53.75 | 5,000 | 2,687.50 | Ordinary Tra |
| 14:21:40 22-Oct-2008 | 54.25 | 68 | 36.89 | Automatic T |
| 14:07:32 22-Oct-2008 | 54.25 | 5,000 | 2,712.50 | Automatic T |
| 12:46:34 22-Oct-2008 | 54.33 | 559 | 303.68 | Automatic T |

Select news source   Regulatc

### Latest news stories

| Time/Date | Code | Name | Headline | |
|---|---|---|---|---|
| 07:00 21-Oct-08 | NLR | NETeller PLC | Holding(s) in Company | |
| 11:31 10-Oct-08 | NLR | NETeller PLC | Director/PDMR Shareholding | |
| 15:10 09-Oct-08 | NLR | NETeller PLC | Holdings in Company | |
| 07:00 09-Oct-08 | NLR | NETeller PLC | Change of Name and Notice of EGM | |
| 16:36 01-Oct-08 | NLR | NETeller PLC | Holdings in Company | |

### Charting
**Share price performance**

Source : London



Timeframe :  1-year          ☐ 30-day MA    ☐ 90-day MA    ☑ Grid

Compare with                                              🔍 Ⓒ

or choose from          Select FTSE TM index ...

and                      Select FTSE TM sector ...

You can customise the chart using the options above. To zoom in on a particular section of the chart drag your mouse across the chart. To zoom out, double click anywhere on the chart.

### Number & value of trades

View :     Number of trades - monthly        [ Apply ]        Source : London



### Company information

**Updated monthly**

| | |
|---|---|
| Company address | 4th Floor, Standard Bank House, 1 Circular Road, Douglas, Isle Of M United Kingdom |
| Company website | www.netellerplc.com |
| Market cap (in millions)* | £65.96 |
| Listing/Admission to trading | 14 April 2004 |
| Trading system | SETS |
| Market | AIM |

*The market capitalisation of companies reflects the London listed element only  These figures are approximate and are Last updated  21-Oct-2008

### Trading information

**22-Oct-2008**

| | |
|---|---|
| FTSE Index | FTSE AIM ALL-SHARE; FTSE AIM All-Share Index - Financial Servi |
| FTSE Sector | General Financial |
| FTSE Sub-sector | Specialty Finance |
| Country of share register | GB |
| Segment | AMSM |
| MiFID status | MTF |
| Exchange market size | 15000 |
| SEDOL | 3426454 |
| ISIN number | GB0034264548 |

©2008 London Stock Exchange plc. All rights reserved

FAQs | Glossary | Disclaimer | Privacy policy |

**EXHIBIT E**

**Wiener Börse Live** - Real time prices and Orderbook! Login | Register now! | Demoversion

# ▌PRICE SEARCH

© 2008 Wiener Borse AG

Please observe the disclaimer        designed by elements.at        implemented by salesXp        powered by Interactive Data Managed Solu

Die Wiener Börse übernimmt keine Garantie für die Richtigkeit der Daten. Wiener Börse AG does not assume any liability for the conten

updated: 22.10.2008 20:00:23

Prices
**RELO**

| Quote | Tick data | Charts | Profile | Corporate Calendar | News | Reports |

**BWIN INT. ENTERT. AG**          Last Price  **14.00**  -1.06%          [x]

ISIN: AT0000767553          Date, Time  10/22/2008, 17:33:03

   add to Portfolio          add to Watchlist          set Alarm

| Overview | Contact | Corporate Actions | Change of significant voting right thresholds |

Profile

| Company: | **bwin Interactive Entertainment AG** |
| Address: | Börsegasse 11/Elevator 3/Top floor, 1010 Wien , Österreich |
| Website: | http://www.bwin.ag |
| Short name: | BWIN INT. ENTERT. AG |

| Common Stock | AT0000767553 | Included in the following Indices | ATX, AT |
| Security-Symbol | BWIN | Shares included | |
| Market | Official Market | First day of trading | |
| Market Segment | Prime Market | Link to following ad-hoc reporting system | |
| Time of Opening Auction | 9:15 | Accounting | |
| Time of Intraday Auction | 12:00 | Business Year | |
| Time of Closing Auction | 17:30 | | |

Members of the Management board (Made available by the company)

Mr. Norbert Teufelberger, Co-CEO

Mr. Manfred Bodner, Co-CEO

Updated: Wednesday, 10-22-2008

updated: 22.10.2008 20:04:03

Prices 15 minutes delayed
**RELOAD PAGE**

Quote | Tick data | Charts | Profile | Corporate Calendar | News | Reports

**BWIN INT. ENTERT. AG**              Last Price **14.00**  -1.06%              ☒
ISIN: AT0000767553                    Date, Time   10/22/2008, 17:33:03

add to Portfolio          add to Watchlist          set Alarm



| | | |
|---|---|---|
| Change (%) | -1.06% | Year high* |
| Change (abs.) | -0.15 | Year low* |
| Last volume** | 10,614 | Total turnover volume** |
| Bid / Ask | - / - | Total turnover value** |
| Bid / Ask Size | 0 / 0 | Number of trades |
| Bid / Ask Order Indicator | 0 / 0 | Indicative Price |
| Open | 13.94 | Surplus Indicator |
| High | 14.07 | Surplus Quantity |
| Low | 13.52 | Trading form |
| Historic close | 14.15 | |

Interactive chart          Closed          derivative products:

Warrants

Certificates

Details

| | | | | | |
|---|---|---|---|---|---|
| Market Segment | Prime Market | No of shares issued | 32,728,763 | Dividend | |
| Type of Security | share | Currency | EUR | Dividend Ex Date | |
| Market | Official Market | Auction with liquidity providers | yes | Dividend Bonus | |
| Trading hours | 09:15 - 17:33 | Sector | Consumer Services | Subsector | |
| Smallest tradable unit | 1 piece | | | | |

Figures

| | ATX Five | ATX Prime | ATX | | 2008 | 2007 |
|---|---|---|---|---|---|---|
| rel. Performance (3 months) | 29.82 | 25.46 | 23.92 | Price Value ratio | - | 6.64 |
| Beta (3 months) | 0.55 | 0.71 | 0.70 | Capitalization | 462.97 | 869.74 |
| Correlation (3 months) | 0.54 | 0.61 | 0.59 | EPS Basic Growth in % | - | +4.77% |
| | | | | Earnings Yield | - | - |
| Technical figures | | | | PEG | - | - |
| Volatility (3 months) | | | 72.90 | Cash Flow per Share | - | 2.77 |
| VWAP | | | 13.81 | Equity ratio | - | 43.72% |
| | | | | Earnings-per-Share | - | 1.55 |
| | | | | Price/Earnings ratio | - | 17.17 |

|  | 5 Days | 30 Days | 100 Days | Price/Cash Flow |  |  | 9.52 |
|---|---|---|---|---|---|---|---|
| Average price | 13.68 | 16.89 | 17.92 |  | - |  |  |
| Average volume | 94,778 | 122,470 | 115,390 |  |  |  |  |

\* Last 52 weeks based on closing value

\*\* Double Counting