UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEANNA McBREARTY et al.,<br><br>        Plaintiffs,<br><br>  -against-<br><br>THE VANGUARD GROUP, INC., et al.,<br><br>        Defendants. | 08 Civ. 7650 (DLC)<br><br>NOTICE OF VOLUNTARY DISMISSAL AS TO WILLIAM J. ARAH AND JEREMY H. HOSKING ONLY |

  PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), that Plaintiffs hereby voluntarily dismiss this action without prejudice as to WILLIAM J. ARAH and JEREMY H. HOSKING only.

Dated:  December 1, 2008

            /S/ Thomas I. Sheridan, III
            Thomas I. Sheridan, III
            HANLY CONROY BIERSTEIN SHERIDAN
            FISHER & HAYES LLP
            112 Madison Avenue
            New York, NY 10016-7416
            Tel: (212) 784-6404
            Fax: (212) 784-6420
            tsheridan@hanlyconroy.com

            *Attorneys for Plaintiffs*