```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/6/09
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DEANNA McBREARTY and MARYLYNN
HARTSEL, individually, derivatively and on
behalf of all others similarly situated,

                Plaintiffs,

    -against-

THE VANGUARD GROUP, INC., et al.,
                Defendants,

    -and-

VANGUARD INTERNATIONAL EQUITY INDEX
FUNDS, d/b/a VANGUARD EUROPEAN STOCK
INDEX FUND; et al.,
                Nominal Defendants.
----------------------------------------------------------- X

**08 CIVIL** 7650 (DLC)

**JUDGMENT**

        Whereas the above-captioned action having come before this Court, and the matter having come before the Honorable Denise Cote, United States District Judge, and the Court, on April 2, 2009, having rendered its Opinion and Order directing the Clerk of the Court to enter judgment for the defendants on the RICO claim and to dismiss the remaining claims without prejudice to refiling in state court, it is,

        **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 2, 2009, judgment is entered for the defendants on the RICO claim, and the remaining claims are dismissed without prejudice to refiling in state court.

**Dated:** New York, New York
         April 6, 2009

                              **J. MICHAEL McMAHON**
                                 **Clerk of Court**
                  BY:
                               **Deputy Clerk**

**THIS DOCUMENT WAS ENTERED**
**ON THE DOCKET ON** _____