UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEANNA MCBREARTY and MARYLYNN HARTSEL, individually, derivatively and on behalf of all others similarly situated,<br><br>                          Plaintiffs,<br><br>- against -<br><br>THE VANGUARD GROUP, INC., GEORGE U. SAUTER, DUANE F. KELLY, JOHN J. BRENNAN, CHARLES D. ELLIS, RAJIV L. GUPTA, AMY GUTMANN, JOANN HEFFERNAN HEISEN, ANDRE F. PEROLD, ALFRED M. RANKIN, JR., and J. LAWRENCE WILSON, ACADIAN ASSET MANAGEMENT, LLC, RONALD D. FRASHURE, JOHN R. CHISHOLM, BRIAN K. WOLAHAN, ALLIANCEBERNSTEIN LP, HENRY S. D'AURIA, SHARON E. FAY, KEVIN F. SIMMS, MARATHON ASSET MANAGEMENT, LLP, WILLIAM J. ARAH, JEREMY H. HOSKING, and NEIL M. OSTRER,<br><br>                          Defendants,<br><br>- and -<br><br>VANGUARD INTERNATIONAL EQUITY INDEX FUNDS, d/b/a VANGUARD EUROPEAN STOCK INDEX FUND, and VANGUARD HORIZON FUNDS, d/b/a VANGUARD GLOBAL EQUITY FUND<br><br>                          Nominal Defendants | 08 Civ. 7650 (DLC)<br><br>**NOTICE OF APPEAL** |

FILED U.S. DC
APR 08 2009
S.D. OF N.Y.

      **NOTICE** is hereby given that Deanna McBrearty and Marylynn Hartsel, individually, derivatively and on behalf of all others similarly situated, hereby appeal to the United States Court of Appeals for the Second Circuit, from each and every part of the Judgment entered herein on April 6, 2009 and from each and every judgment, decision, opinion and order upon which it is based.

Dated: New York, New York
       April 8, 2009

_____
Thomas I. Sheridan, III
HANLY CONROY BIERSTEIN SHERIDAN
FISHER & HAYES LLP
112 Madison Avenue
New York, New York 10016
(212) 784-6404
tsheridan@hanlyconroy.com

*Attorney for Appellants*

# SERVICE LIST

QUINN EMANUEL URQUHART OLIVER
& HEDGES, LLP
Harry A. Olivar, Jr.
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017

and

QUINN EMANUEL URQUHART OLIVER
& HEDGES, LL
Sascha N. Rand
51 Madison Avenue, 22nd Floor
New York, NY 10010

*Attorneys for Defendants The Vanguard
Group, Inc., George U Sauter, and Duane F.
Kelly*

SULLIVAN & CROMWELL LLP
David Braff
Penny Shane
125 Broad Street
New York, NY 10004-2498

and

SULLIVAN & CROMWELL LLP
Amanda F. Davidoff
1701 Pennsylvania Avenue, NW
Washington, DC 20006-5805

*Attorneys for Defendants John J. Brennan,
Charles D.. Ellis, Rajiv L. Gupta, Amy
Gutmann, JoAnn Heffernan Heisen, Andre F.
Perold, Alfred M. Rankin, Jr., and J. Lawrence
Wilson*

FOLEY HOAG LLP
Kenneth S. Leonetti
Brandon F. White
Kirk G. Hanson
155 Seaport Boulevard
Boston, MA 02210

*Attorneys for Acadian Asset Management
LLC, Ronald D. Frasure, John R.
Chisholm and Brian K. Wolahan*

BUCHALTER NEMER, PC
Michael Ceresto
L. Richard Walton
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017

and

Barry M. Bordetsky
LITTMAN KROOKS LLP
570 Lexington Avenue, 44th Floor
New York, New York 10022

*Attorneys for Defendants Marathon Asset
Management LLP, William J. Arah,
Jeremy H. Hosking, and Neil M. Ostrer*